Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNHARD KÜHMSTEDT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY USA, INC., a Delaware corporation; AMAZON.COM, INC., a Delaware corporation; DEEZER S.A., a French limited liability company; TERO ENTERTAINMENT PUBLIC CO. LTD., a Thai limited company; DEMON MUSIC GROUP LIMITED, an English company; LIVEXLIVE, CORP., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-04998-RGK-E<br>*Hon. Gary R. Klausner Presiding*<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT LIVEXLIVE, CORP. DECLARATION OF FRANK R. TRECHSEL, ESQ. IN SUPPORT THEREOF** |

ATTENTION CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Bernhard Kuhmstedt hereby requests that the Clerk of the above-entitled Court enter default in this matter against LIVEXLIVE, Corp. on the grounds that said Defendant has failed to appear or otherwise respond to the operative Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the operative Complaint and Summons on LIVEXLIVE Corp. on August 11, 2022, as evidenced by the Proof of Service filed with the United States District Court Central District on August 11, 2022 and allocated Docket Number 11. To date, no response to the operative Complaint has been filed by LIVEXLIVE Corp. and the time for filing this response has now expired.

The above-stated facts are set forth in the accompanying Declaration of Frank R. Trechsel, Esq., which is filed concurrently herewith.

Dated:  September 9, 2022                                         DONIGER / BURROUGHS

                                                                  By: /s/ Frank R. Trechsel
                                                                      Scott Alan Burroughs, Esq.
                                                                      Frank R. Trechsel, Esq.
                                                                      Attorneys for Plaintiff

## DECLARATION OF FRANK R. TRECHSEL, ESQ.

I, Frank R. Trechsel, do declare and say as follows: I am above eighteen (18) years of age and not a party to this action. I am currently an attorney with Doniger / Burroughs, APC, which represents Plaintiff Bernhard Kuhmstedt in this action and if called upon could and would competently testify to the following:

1. Plaintiff has filed a copyright action entitled *Bernhard Kuhmstedt v. Spotify USA, INC. et al.* Case No.: 2:22-cv-04998-RGK-E

2. LIVEXLIVE, Corp., a Delaware Corporation, is and was a named Defendant in the above-stated action.

3. My firm caused to have served the operative Complaint and Summons in the above-named action on LIVEXLIVE Corp. on August 11, 2022, as evidenced by the Proof of Service filed with the United States District Court Central District on August 11, 2022 and allocated Docket Number 11.

4. LIVEXLIVE, Corp. has failed to file or serve a response to the operative Complaint and the time period in which was required to serve its response to the operative Complaint has expired.

I solemnly swear and declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed in Venice, California on September 9, 2022.

By: /s/ Frank R. Trechsel
Frank R. Trechsel, Esq.
Declarant