# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BERNHARD KUHMSTEDT

PLAINTIFF(S)

v.

SPOTIFY USA, INC., et al.

DEFENDANT(S).

CASE NUMBER:

2:22–cv–04998–RGK–E

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 9/9/2022 | 17 | REQUEST for Default Judgment |
| __ | __ | __ |

Other:
The document is STICKEN for the reasons stated on the Notice to Filer of Deficiency [19] dated 9/12/2022. Document was also corrected at [18].

Dated: September 12, 2022

By: /s/ *R. Gary Klausner*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)