No JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNHARD KUHMSTEDT, | ) | Case No. 2:22-cv-04998-RGK-Ex |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER DISMISSING CERTAIN DEFENDANT FOR LACK OF PROSECUTION** |
| SPOTIFY USA, INC. et al., | ) | |
| Defendant(s). | ) | |

On October 28, 2022, the Court issued an Order to Show Cause [31] re: dismissal of certain defendant/s for lack of prosecution, namely for failure to timely serve the Summons and Complaint. Plaintiff timely filed a response on November 4, 2022 which failed to show good cause as to why the Court should not dismiss certain defendants for lack of prosecution. Therefore, the Court orders that defendants 1) **Deezer S.A.**, 2) **Tero Entertainment Public Co., Ltd.**, 3) **Demon Music Group Limited** be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: November 8, 2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE