1  Peter Anderson, Esq., Cal. Bar No. 88891
    peteranderson@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, CA 90017-2566
   Tel: (213) 633-6800
4  Fax: (213) 633-6899

5  Attorneys for Defendants
   SPOTIFY USA, INC., and
6  AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BERNHARD KÜHMSTEDT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOTIFY USA, INC., a Delaware corporation; AMAZON.COM, INC., a Delaware corporation; DEEZER S.A., a French limited liability company; TERO ENTERTAINMENT PUBLIC CO. LTD., a Thai limited company; DEMON MUSIC GROUP LIMITED, an English company; LIVEXLIVE, CORP., Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-04998-RGK-E<br><br>STIPULATION TO ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>[*Proposed*] Order Submitted Herewith |

## STIPULATION TO DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action, in its entirety, with prejudice and with plaintiff, on the one hand, and defendants, on the other hand, to bear their respective attorneys' fees and costs.

## SO STIPULATED

Dated: November 16, 2022

/s/ Scott Alan Burroughs
Scott Alan Burroughs, Esq.
Frank R. Trechsel, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff
BERNHARD KÜHMSTEDT

Dated: November 16, 2022

/s/ Peter Anderson
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
SPOTIFY USA, INC., and
AMAZON.COM, INC.

## Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: November 16, 2022

/s/ Peter Anderson
Peter Anderson, Esq.

1