**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BERNHARD KÜHMSTEDT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOTIFY USA, INC., a Delaware corporation; AMAZON.COM, INC., a Delaware corporation; DEEZER S.A., a French limited liability company; TERO ENTERTAINMENT PUBLIC CO. LTD., a Thai limited company; DEMON MUSIC GROUP LIMITED, an English company; LIVEXLIVE, CORP., Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04998-RGK-E<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

## ORDER

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety, with prejudice, and with plaintiff, on the one hand, and defendants, on the other hand, to bear their respective attorneys' fees and costs.

Dated: January 20, 2023

*Gary Klausner*
_____
The Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE